# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146298

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JULIUS DEMARIO ROLLAND,
      Defendant-Appellant.

SC: 146298
COA: 300067
Kalamazoo CC: 2009-001989-FC

_____/

      On order of the Court, the application for leave to appeal the August 28, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2013



Clerk

s0522